**No. 09-8833. William Eric Brown, Petitioner v. United States.**

559 U.S. 1108, 130 S. Ct. 2403, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3765.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 1342.

**No. 09-8855. Victor Cornell Miller, Petitioner v. Stanley Glanz.**

559 U.S. 1108, 130 S. Ct. 2403, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3771.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 331 Fed. Appx. 608.

**No. 09-8972. Thomas Alexander Dallal, Petitioner v. New York Times Company, et al.**

559 U.S. 1108, 130 S. Ct. 2403, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3697.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 352 Fed. Appx. 508.

**No. 09-9137. Keith Robert Caldwell, Sr., Petitioner v. United States Tax Court, et al.**

559 U.S. 1108, 130 S. Ct. 2404, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3775.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 360 Fed. Appx. 161.

**No. 09-9317. Demetrius Devell Dobbins, Petitioner v. Terry Carlson, Warden.**

559 U.S. 1108, 130 S. Ct. 2405, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3763.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9318. Troy Dewyon Drew, Petitioner v. Larry Mullins, et al.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3830, 

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9319. Troy Dewyon Drew, Petitioner v. John M. Jabe, et al.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3728, 

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9320. Thomas F. Cox, Petitioner v. Illinois.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 926, 2010 U.S. LEXIS 3698.

May 3, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 391 Ill. App. 3d 1129, 367 Ill. Dec. 842, 982 N.E.2d 992.